## In re GREGORY'S ESTATE.

*(Supreme Court, General Term, First Department. January 28, 1889.)*

LIMITATION OF ACTIONS—RUNNING OF STATUTE—ACTION AGAINST EXECUTOR.

    Where the petition, in a proceeding by a creditor of an estate to compel the executor to account, shows on its face that the right to institute such proceeding accrued more than six years before, the proceeding is barred by limitation, though the debt itself is not so barred.

Appeal from surrogate's court, New York county.

Petition by the Lyons National Bank of Lyons, N. Y., a creditor of the estate of Robert A. Gregory, deceased, to compel the executor of such estate to account. Petition dismissed, and petitioner appeals.

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

*Porter & Kilvert,* for appellant. *James Flynn,* for respondent.

VAN BRUNT, P. J. Under the rule laid down in *Re Van Dyke,* 44 Hun, 394, it appearing upon the face of the petition that the right to institute the proceedings against the executor to compel an accounting had accrued more than six years before the presentation of the petition, this proceeding for such accounting is barred by the statute of limitations. Although the debt may not be barred by any statute of limitations, this proceeding clearly is. The order should be affirmed, with $10 costs and disbursements. All concur.